Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−25768−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kee Won Chung
   100 Old Palisade Road, Unit PL12
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−2297

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/26/17
Time:           09:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 28, 2017
JAN: rh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kee Won Chung  
    Debtor

Case No. 17-25768-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 28, 2017  
                   Form ID: 132      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.

```
db           +Kee Won Chung,    100 Old Palisade Road, Unit PL12,    Fort Lee, NJ 07024-7012
cr           +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr           +Palisades at Ft. Lee Condominium Association, Inc.,    c/o Buckalew Frizzell & Crevina, LLP,
               Heritage Plaza I,    55 Harristown Rd., Ste 205,    Glen Rock, NJ 07452-3303
516981954    +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516981956    +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
516981957   #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516981959    +Buckalew Frizzell and Crevina,    55 Harristown Road,    Glen Rock, NJ 07452-3338
516981960    +Capital One / Saks F,    Po Box 30285,    Salt Lake City, UT 84130-0285
516981962    +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516981963    +Citibank,    Centralized Bk/Citicorp Credit Srvs,    Po Box 790040,    St Louis, MO 63179-0040
516981964    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
516981966    +Comenity Bank/Talbots,    Po Box 182125,    Columbus, OH 43218-2125
516981968    +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516981971    +Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
516981973    +Hsbc Mortgage Corp Usa,    Attn: Bankruptcy,    Po Box 9068,    Brandon, FL 33509-9068
517081311   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE LLC,    PO Box 619096,    Dallas, TX 75261-9741)
517025978    +Palisades at Fort Lee Condominium Association, Inc,    c/o Buckalew Frizzell & Crevina, LLP,
               Heritage Plaza I,    55 Harristown Rd., Ste 205,    Glen Rock, NJ 07452-3303
516981975    +Phh Mortgage Service,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
516981979    +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516981983   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516981982    +The Palisades Condominium Assocation,    100 Old Palisades Road,    Fort Lee, NJ 07024-7064
516981984    +United Equitable Mtg,    5495 Belt Line Rd Ste 20,    Dallas, TX 75254-7683
516981985    +Wilshire Bank,    3200 Wilshire Blvd,    Los Angeles, CA 90010-1311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:47     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:44     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516981961    +E-mail/Text: bk.notifications@jpmchase.com Sep 28 2017 22:48:35     Chase Auto Finance,
               National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516981967    +E-mail/Text: bankruptcy.bnc@ditech.com Sep 28 2017 22:48:32     Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
516981970     E-mail/Text: fnb.bk@fnfg.com Sep 28 2017 22:49:10     First Niagara Bank,    6950 S Transit Rd,
               Lockport, NY 14094
516981969    +E-mail/Text: fnb.bk@fnfg.com Sep 28 2017 22:49:10     First Niagara Bank,    1 Hudson City Ctr,
               Hudson, NY 12534-2355
516981976     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 23:06:26
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516981977    +E-mail/Text: bkdepartment@rtresolutions.com Sep 28 2017 22:49:00     Real Time Resolutions,
               Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516981980    +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:45:06     Synchrony Bank/Gap,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516981955*   +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516981965*   +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
516981972*   +Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
516981974*   +Hsbc Mortgage Corp Usa,    Attn: Bankruptcy,    Po Box 9068,    Brandon, FL 33509-9068
516981978*   +Real Time Resolutions,    Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516981981*   +Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516981958  ##+Bbcn Bank,    2727 W Olympic Blvd,    Los Angeles, CA 90006-2640
                                                                                         TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Sep 28, 2017
                              Form ID: 132             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:

```
              Aileen  Perez    on behalf of Debtor Kee Won  Chung aperezesq@yahoo.com
              David George Frizzell    on behalf of Creditor    Palisades at Ft. Lee Condominium Association,
               Inc. dfrizzell@lawnj.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL
               ASSOCIATION nj.bkecf@fedphe.com
              Tae Hyun Whang    on behalf of Creditor    Bank of Hope tw@whanglawllc.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```