Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25768−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kee Won Chung
   100 Old Palisade Road, Unit PL12
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−2297

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/30/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 30, 2017
JAN: env

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-25768-JKS
Kee Won Chung                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Oct 30, 2017
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
```
db          +Kee Won Chung,    100 Old Palisade Road, Unit PL12,    Fort Lee, NJ 07024-7012
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr          +Palisades at Ft. Lee Condominium Association, Inc.,    c/o Buckalew Frizzell & Crevina, LLP,
              Heritage Plaza I,    55 Harristown Rd., Ste 205,    Glen Rock, NJ 07452-3303
cr          +Wilmington Trust National Association,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
516981959   +Buckalew Frizzell and Crevina,    55 Harristown Road,    Glen Rock, NJ 07452-3338
516981963   +Citibank,    Centralized Bk/Citicorp Credit Srvs,    Po Box 790040,    St Louis, MO 63179-0040
516981964   +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
              Saint Louis, MO 63179-0040
517081311  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE LLC,     PO Box 619096,    Dallas, TX 75261-9741)
517025978   +Palisades at Fort Lee Condominium Association, Inc,    c/o Buckalew Frizzell & Crevina, LLP,
              Heritage Plaza I,    55 Harristown Rd., Ste 205,    Glen Rock, NJ 07452-3303
516981975   +Phh Mortgage Service,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
516981979   +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516981982   +The Palisades Condominium Assocation,    100 Old Palisades Road,    Fort Lee, NJ 07024-7064
516981984   +United Equitable Mtg,    5495 Belt Line Rd Ste 20,    Dallas, TX 75254-7683
516981985   +Wilshire Bank,    3200 Wilshire Blvd,    Los Angeles, CA 90010-1311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2017 22:50:21     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516981954   +EDI: AMEREXPR.COM Oct 30 2017 22:23:00      Amex,    Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
516981956   +EDI: CITICORP.COM Oct 30 2017 22:23:00      At&T Universal Citi Card,    Po Box 6500,
              Sioux Falls, SD 57117-6500
516981957   +EDI: BANKAMER.COM Oct 30 2017 22:23:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
516981960   +EDI: CAPITALONE.COM Oct 30 2017 22:23:00      Capital One / Saks F,    Po Box 30285,
              Salt Lake City, UT 84130-0285
516981961   +EDI: CAUT.COM Oct 30 2017 22:23:00      Chase Auto Finance,    National Bankruptcy Dept,
              201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516981962   +EDI: CHASE.COM Oct 30 2017 22:23:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
516981966   +EDI: WFNNB.COM Oct 30 2017 22:23:00      Comenity Bank/Talbots,    Po Box 182125,
              Columbus, OH 43218-2125
516981967   +E-mail/Text: bankruptcy.bnc@ditech.com Oct 30 2017 22:50:04      Ditech,    Attn: Bankruptcy,
              Po Box 6172,    Rapid City, SD 57709-6172
516981968   +EDI: TSYS2.COM Oct 30 2017 22:23:00      Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
              Mason, OH 45040-8053
516981970    E-mail/Text: fnb.bk@fnfg.com Oct 30 2017 22:50:44     First Niagara Bank,    6950 S Transit Rd,
              Lockport, NY 14094
516981969   +E-mail/Text: fnb.bk@fnfg.com Oct 30 2017 22:50:44     First Niagara Bank,    1 Hudson City Ctr,
              Hudson, NY 12534-2355
516981971   +EDI: HFC.COM Oct 30 2017 22:23:00      Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
516981973   +EDI: HFC.COM Oct 30 2017 22:23:00      Hsbc Mortgage Corp Usa,    Attn: Bankruptcy,    Po Box 9068,
              Brandon, FL 33509-9068
516981976    EDI: PRA.COM Oct 30 2017 22:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516981977   +E-mail/Text: bkdepartment@rtresolutions.com Oct 30 2017 22:50:30     Real Time Resolutions,
              Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516981980   +EDI: RMSC.COM Oct 30 2017 22:23:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,
              Orlando, FL 32896-0001
516981983    EDI: TFSR.COM Oct 30 2017 22:23:00      Toyota Motor Credit Co,    Po Box 8026,
              Cedar Rapids, IA 52408
                                                                                              TOTAL: 19
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516981955*   +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516981965*   +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
516981972*   +Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
516981974*   +Hsbc Mortgage Corp Usa,    Attn: Bankruptcy,    Po Box 9068,    Brandon, FL 33509-9068
516981978*   +Real Time Resolutions,    Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
516981981*   +Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Oct 30, 2017
                              Form ID: 148             Total Noticed: 34

516981958     ##+Bbcn Bank,   2727 W Olympic Blvd,   Los Angeles, CA 90006-2640
                                                                                 TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
```
              Aileen   Perez    on behalf of Debtor Kee Won  Chung aperezesq@yahoo.com
              David George Frizzell    on behalf of Creditor     Palisades at Ft. Lee Condominium Association,
               Inc. dfrizzell@lawnj.com
              Denise E. Carlon    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor     Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     Wilmington Trust National Association
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL
               ASSOCIATION nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Tae Hyun Whang    on behalf of Creditor    Bank of Hope tw@whanglawllc.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```